IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY J. DEMARCO, III | Chapter: 7 Debtor |
| DOUGLAS & SANDRA BARNHART | Case No.: 13033-mdc |
| Plaintiffs | |
| v. | Adversary No. 10-00267 |
| ANTHONY J. DEMARCO, III; | |
| BANK OF AMERICA, N.A. F/K/A COUNTRYWIDE BANK, FSB; | |
| GREG ENGELSBE; | |
| BRIGHTMAN AGENCY, INC. | |
| JOHN DOE 1, | |
| Defendants | |

## ORDER

And now, this _____ day of _____, 2010 upon consideration of Defendant Bank of America's Motion to Dismiss Plaintiffs' Complaint, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED. Plaintiffs' Complaint is DISMISSED as against Defendant Bank of America, N.A. F/K/A Countrywide Bank, FSB with prejudice, and Plaintiffs' prayer for relief requesting that the Maurice Heckscher deed and Bank of America mortgage be declared void is stricken.

BY THE COURT:

_____
U.S.D.J.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY J. DEMARCO, III | Chapter: 7 Debtor |
| DOUGLAS & SANDRA BARNHART | Case No.: 13033-mdc |
| Plaintiffs | |
| v. | Adversary No. 10-00267 |
| ANTHONY J. DEMARCO, III; | |
| BANK OF AMERICA, N.A. F/K/A COUNTRYWIDE BANK, FSB; | |
| GREG ENGELSBE; | |
| BRIGHTMAN AGENCY, INC. | |
| JOHN DOE 1, | |
| Defendants | |

### DEFENDANT BANK OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Rule 7012 (b) of the Federal Rules of Bankruptcy Procedure and Rule 12 (b) of the Federal Rules of Civil Procedure, Defendant Bank of America, by its attorneys, Hamburg, Rubin, Mullin, Maxwell & Lupin, a Professional Corporation, hereby moves to dismiss Plaintiffs' Complaint and in support thereof incorporates the facts and arguments set forth in its accompanying Memorandum of Law.

Respectfully submitted,

HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN

DATE: 8/25/10

BY: _____
BERNADETTE A. KEARNEY, ESQUIRE
ID# 80578

BY: _____
ETHAN R. O'SHEA, ESQUIRE
ID# 69713

{00611972;v1}

Hamburg, Rubin, Mullin, Maxwell & Lupin
375 Morris Road, PO Box 1479
Lansdale, PA  19446
PH: 215-661-0400
FAX: 215-661-0315
Email: bkearney@hrmml.com
eoshea@hrmml.com

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY J. DEMARCO, III | Chapter: 7 Debtor |
| DOUGLAS & SANDRA BARNHART | Case No.: 13033-mdc |
| Plaintiffs | |
| v. | Adversary No. 10-00267 |
| ANTHONY J. DEMARCO, III; | |
| BANK OF AMERICA, N.A. F/K/A COUNTRYWIDE BANK, FSB; | |
| GREG ENGELSBE; | |
| BRIGHTMAN AGENCY, INC. | |
| JOHN DOE 1, | |
| Defendants | |

## CERTIFICATE OF SERVICE

I, Ethan R. O'Shea, Esquire, certify that I am more than 18 years of age and that on August 25, 2010, I served a copy of Defendant Bank of America's Motion to Dismiss Plaintiffs' Complaint, Proposed Order, Notice of Motion and Memorandum of Law either electronically or by first-class mail on the following parties in this matter:

**NAME AND ADDRESS:**

Matthew B. Weisberg, Esquire
Prochniak Weisberg, PC
7 South Morton Avenue
Morton PA  19070

Robert P. Cocco, Esquire
Law Offices of Robert C. Cocco, PC
1500 Walnut Street, Suite 900
Philadelphia PA  19102

{00612000;v1}

Allen B. Dubroff, Esquire
101 Greenwood Avenue
Fifth Floor
Jenkintown PA  19046

Andrew J. Goncharoff, Esquire
271 Lake Street
Haddonfield NJ  08033

Brightman Agency, Inc.
409 N. White Horse Pike
Laurel Springs, NJ  08021

I certify under penalty of perjury that the foregoing is true and correct.

                                    HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN

DATE: 8/25/10           BY: _____
                                       BERNADETTE A. KEARNEY, ESQUIRE
                                       ID# 80578

                                       BY: _____
                                       ETHAN R. O'SHEA, ESQUIRE
                                       ID# 69713
                                       Hamburg, Rubin, Mullin, Maxwell & Lupin
                                       375 Morris Road, PO Box 1479
                                       Lansdale, PA  19446
                                       PH: 215-661-0400
                                       FAX: 215-661-0315
                                       Email: bkearney@hrmml.com
                                                  eoshea@hrmml.com

{00612000;v1}