IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY J. DEMARCO, III | Chapter: 7 Debtor |
| DOUGLAS & SANDRA BARNHART<br>Plaintiffs | Case No.: 13033-mdc |
| v.<br>ANTHONY J. DEMARCO, III; | Adversary No. 10-00267 |
| BANK OF AMERICA, N.A. F/K/A<br>COUNTRYWIDE BANK, FSB; | **Hearing: September 22, 2010<br>@ 10:00 a.m. Courtroom #5,<br>Robert N.C. Nix Bldg.<br>900 Market Street** |
| GREG ENGELSBE; | **Philadelphia, PA 19107** |
| BRIGHTMAN AGENCY, INC. | |
| JOHN DOE 1,<br>Defendants | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Defendant Bank of America, N.A. F/K/A Countrywide Bank, FSB ("BOA"), by and through undersigned counsel, has filed a Motion to Dismiss Plaintiffs' Complaint against Plaintiffs Douglas and Sandra Barnhart.

> **Your rights may be affected.** You should read these papers
> carefully and discuss them with your attorney, if you have one
> in this bankruptcy case. (If you do not have an attorney, you
> may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then, on or before **15 days from the date of service of this notice,** you or your attorney must do *all* of the following:

    a. file an answer explaining your position at:

    Clerk's Office
    United States Bankruptcy Court for the
    Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107

(215) 408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b.    mail a copy to the movant's attorney:

Ethan R. O'Shea, Esquire
Hamburg, Rubin, Mullin, Maxwell & Lupin
375 Morris Road, Post Office Box 1479
Lansdale, PA 19446
Telephone: (215) 661-0400

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b), above, and attend the hearing referenced in paragraph 3, below, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on September 22, 2010, at 10:00 a.m., Courtroom #5, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN

DATE: 8/21/10

BY: _____
BERNADETTE A. KEARNEY, ESQUIRE
ID# 80578

BY: _____
ETHAN R. O'SHEA, ESQUIRE
ID# 69713

{00612057;v1}    2

3

Hamburg, Rubin, Mullin, Maxwell & Lupin
375 Morris Road, PO Box 1479
Lansdale, PA  19446
PH: 215-661-0400
FAX: 215-661-0315
Email: bkearney@hrmml.com
eoshea@hrmml.com

{00612057;v1}                    3