# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| ANTHONY J. DEMARCO, III, | : | |
| DEBTOR. | : | BANKRUPTCY NO. 10-13033-MDC |
| DOUGLAS & SANDRA BARNHART, | | |
| PLAINTIFFS, | | |
| v. | | |
| ANTHONY J. DEMARCO, III, ET AL., | | ADVERSARY NO. 10-00267-MDC |
| DEFENDANTS. | | |

## ORDER

For the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Amended Complaint is **DISMISSED** for lack of jurisdiction.

Dated: June 28, 2011

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE